JAMES HAWKINS APLC
  James R. Hawkins (#192925)
  Gregory Mauro (#222239)
  Michael Calvo (#314986)
  Lauren Falk (#316893)
  Ava Issary (#342252)
9880 Research Drive, Suite 200
Irvine, CA 92618
Tel.: (949) 387-7200
Fax: (949) 387-6676
Email: James@jameshawkinsaplc.com
Email: Greg@jameshawkinsaplc.com
Email: Michael@jameshawkinsaplc.com
Email: Lauren@jameshawkinsaplc.com
Email: Ava@jameshawkinsaplc.com

Attorneys for Plaintiff DAMON LEE,
Individually and on behalf of all others similarly situated,

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON LEE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SECURITAS SECURITY SERVICES USA, INC.; a Delaware Corporation; and DOES 1-50, inclusive,<br><br>Defendant. | Case No.: 4:25-cv-06561-JST<br><br>**[PROPOSED] ORDER FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>CLASS ACTION<br><br>Complaint Filed:  May 20, 2025<br>Trial Date:        Not Set |

**IT IS ORDERED THAT:**

The Parties' Stipulation for Dismissal with prejudice pursuant to FRCP 41(a)(1)(A)(ii) requesting dismissal of this entire action without prejudice is GRANTED. The case is hereby dismissed in its entirety without prejudice and with respect to all parties, with each party being their own attorney's fees and costs.

Dated: July 8, 2026            _____
                               JON S. TIGAR
                               UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER FOR DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)